Robert Ewen, Appellant, v Thompson-Starrett Company and Others,

Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Agnes Flaherty, Appellant, v. The Onward Construction Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the complaint was sufficient, and that a *prima facie* case was made. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.